Discover

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bettie J. Rudolph*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bettie Rudolph  1-14-05 |
| 1. Article Addressed to:<br><br>Bettie Rudolph<br>11424 State Highway 21<br>Ft. Deposit, AL 36032<br><br>2:05CV0019 (Cmp + Summs 20 days) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 91 7108 2133 3931 3043 3484 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01-M-0381 |

Discover

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bettie J. Rudolph*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bettie J. Rudolph  1-14-05 |
| 1. Article Addressed to:<br><br>Ruben D. Rudolph<br>11424 State Highway 21<br>Ft. Deposit, AL 36032<br><br>2:05CV19 (Cmp. Summs 20 dys) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 91 7108 2133 3931 3043 3507 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01 |