IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DISCOVER BANK, | * |
| Plaintiff, | * |
| v. | No. 2:05-CV-0019-MEF-DRB |
| | * |
| SHIRLEY COOK, BETTIE RUDOLPH, and RUBEN RUDOLPH, | * |
| Defendants. | * |
| | * |

**MOTION TO DISMISS**

Pursuant to Rule 12(b) *Fed.R.Civ.P.*, defendants Shirley Cook, Bettie Rudolph, and Ruben Rudolph respectfully move the Court to dismiss the Complaint filed in this action for lack of jurisdiction, and state as follows:

1.   There is no subject matter or federal question jurisdiction in this case under 9 U.S.C. § 4 or any other applicable statute.

2.   There is no diversity jurisdiction in this case under 28 U.S.C. § 1332.

3.   The Complaint fails to state a claim upon which relief may be granted.

Defendants respectfully submit herewith a Memorandum in Support of Motion to Dismiss.

Respectfully submitted,

s/James N. Walter, Jr.
James N. Walter, Jr. (WAL021)
Christopher W. Weller (WEL030)
Wyndall A. Ivey (IVE003)

OF COUNSEL:

CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box 2069 (36102-2069)
Montgomery, Alabama
(334) 241-8000 / telephone
(334) 323-8888 / fax


George C. Douglas, Jr.  (DOU002)
700 Century Park South, Suite 223
Birmingham, Alabama 35226
(205) 824-4620  phone
(866) 715-5420  fax


Jerry L. Thornton (THO038)
P.O. Box 759
120 Lafayette Street
Hayneville, Alabama 36040
(334) 548-2514 / telephone
(334) 548-2700 / fax

               Attorneys for Defendants


CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of January, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:.

  Wilson F. Green, Esq.
  Battle Fleenor Green Winn & Clemmer
  505 North Twentieth Street, Suite 1150
  Birmingham, Alabama 35203


               s/James N. Walter, Jr.
               Of Counsel